# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOSHUA M. DELAUGHTER

NO. 2025 KW 0796

**NOVEMBER 17, 2025**

---

In Re:    Joshua M. Delaughter, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 5142-F-2023, 5143-M-2023.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

   **WRIT DENIED.** The record of the St. Tammany Parish Office of the Clerk of Court shows that on October 1, 2025, the district court denied relator's pro se motion to quash. Accordingly, the request for mandamus relief is moot.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT